■ KARAM PETROLEUM, INC., Respondent, v CARL S. LEVINE, P. C., et al., Appellants.—Order unanimously affirmed with costs for reasons stated in the decision at Supreme Court, Shaheen, J. (Appeal from order of Supreme Court, Oneida

County, Shaheen, J.—substitution of plaintiff.) Present—Dillon, P. J., Doerr, Green and Pine, JJ.